IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| HERMAN GREINSTEIN, Individually and For Others Similarly Situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:18-CV-208-D |
| GRANITE SERVICES INTERNATIONAL, INC., and FIELDCORE SERVICES SOLUTIONS, LLC, | § § § § § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the April 22, 2019 supplemental findings, conclusions, and recommendation of the magistrate judge, the court concludes the magistrate judge's supplemental findings and conclusions are correct. The supplemental recommendation of the magistrate judge is adopted, and defendants' December 4, 2018 motion to dismiss is denied without prejudice as moot. The court remands the March 22, 2019 findings, conclusions, and recommendation to the magistrate judge to be withdrawn by her.

**SO ORDERED**.

May 7, 2019.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE