| | | |
|---|---|---|
| HERMAN GREINSTEIN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | 2:18-CV-208-Z-BR |
| | § | |
| GRANITE SERVICES | § | |
| INTERNATIONAL, INC. and | § | |
| FIELDCORE SERVICES | § | |
| SOLUTIONS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the August 27, 2019 findings, conclusions, and recommendations of Magistrate Judge Lee Ann Reno (ECF 58), the Court concludes that the Magistrate Judge's findings, conclusions, and recommendations are correct as to GRANT Plaintiff Herman Greinstein's Motion to Strike (ECF 43) and DENY without prejudice the Motion for Conditional Certification and Court-Authorized Notice (ECF 34). It is therefore ORDERED that the findings, conclusions, and recommendations of the Magistrate Judge are adopted.

**SO ORDERED.**

November 26, 2019.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE