## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | |
|---|---|
| **HERMAN GREINSTEIN, Individually and For Others Similarly Situated,**<br><br>**v.**<br><br>**GRANITE SERVICES INTERNATIONAL, INC. and FIELDCORE SERVICES SOLUTIONS, LLC** | **Case No. 2:18-cv-00208-Z-BR**<br><br>**Jury Trial Demanded**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## PLAINTIFFS' DEPOSITION DESIGNATIONS

| | | |
|---|---|---|
| Judge Matthew J. Kacsmaryk | PLAINTIFFS' ATTORNEY:<br>Andrew W. Dunlap<br>Richard Schreiber<br>Richard "Rex" Burch<br>Channy F. Wood | DEFENDANTS' ATTORNEY:<br>Brett Bartlet<br>Kevin Young<br>Kelly Utsinger |
| TRIAL DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |

## PLAINTIFFS' PAGE/LINE DESIGNATIONS OF BELLA ABEL'S DEPOSITION

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 5:4-6:11 | |
| 7:7-17 | |
| 13:15-21 | |
| 13:23-14:6 | |
| 14:11-13 | |
| 16:7-17:10 | |
| 18:1-4 | |
| 20:1-15 | |
| 25:24-28:21 | |
| 28:23-29:13 | |
| 30:4-9 | |
| 30:10-18 | |
| 30:20-31:3 | |
| 31:4-25 | |
| 32:8-33:13 | |
| 33:19-35:14 | |

| | |
|---|---|
| 36:5-9 | |
| 36:17-37:2 | |
| 37:15-38:2 | |
| 38:4-8 | |
| 38:10-44:14 | |
| 46:19-47:16 | |
| 48:11-13 | |
| 50:23-51:21 | |
| 52:6-13 | |
| 53:2-56:14 | |
| 58:4-19 | |
| 58:20-59:22 | |
| 62:13-63:11 | |
| 63:19-21 | |
| 65:1-3 | |
| 65:11-18 | |
| 66:3-67:1 | |
| 67:4-68:2 | |
| 68:21-69:7 | |
| 71:23-73:8 | |
| 73:17-22 | |
| 74:11-75:6 | |
| 75:8-14 | |
| 75:16-21 | |
| 75:23-76:7 | |
| 76:8-10 | |
| 76:11-21 | |
| 76:22-77:18 | |
| 77:22-78:23 | |
| 79:19-80:3 | |
| 80:7-21 | |
| 81:24-85:19 | |
| 86:4-15 | |
| 88:1-7 | |
| 89:15-90:8 | |
| 92:11-17 | |
| 93:19-94:12 | |
| 95:8-96:22 | |
| 97:1-98:1 | |
| 98:2-11 | |
| 98:12-18 | |
| 99:8-24 | |
| 101:10-102:9 | |
| 102:18-103:6 | |
| 104:6-13 | |

| | |
|---|---|
| 104:15-105:17 | |
| 105:19-106:4 | |
| 111:15-112:17 | |
| 113:6-13 | |
| 113:24-115:16 | |
| 116:5-117:2 | |
| 119:11-24 | |
| 120:1-6 | |
| 120:8-20 | |
| 122:4-9 | |
| 123:6-17 | |
| 131:5-132:2 | |
| 132:4-133:9 | |
| 133:11-18 | |
| 133:20-134:5 | |
| 135:20-136:22 | |
| 136:24-138:12 | |
| 138:14-139:24 | |
| 140:22-142:19 | |
| 142:21-143:2 | |
| 143:4-9 | |
| 143:11-22 | |
| 143:24-144:4 | |
| 147:8-15 | |
| 147:20-148:2 | |
| 149:18-150:1 | |
| 150:7-151:5 | |

**PLAINTIFFS' PAGE/LINE DESIGNATIONS OF BRENT BORDER'S DEPOSITION**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 05:01-07:21 | |
| 09:10-16 | |
| 12:01-08 | |
| 14:08-13 | |
| 14:24-15:14 | |
| 15:21-16:05 | |
| 16:22-17:05 | |
| 21:22-23:11 | |
| 23:20-24:03 | |
| 26:04-27:01 | |
| 27:16-20 | |
| 28:01-11 | |
| 29:09-30:02 | |
| 30:23-32:23 | |
| 33:09-20 | |
| 36:23-37:25 | |
| 39:12-16 | |
| 40:13-41:14 | |
| 41:21-42:02 | |
| 43:20-24 | |
| 50:15-51:10 | |
| 52:20-53:24 | |
| 55:14-56:07 | |
| 56:16-22 | |
| 59:08-61:01 | |
| 62:01-64:23 | |
| 65:20-67:12 | |
| 71:25-72:13 | |
| 81:05-14 | |
| 81:23-82:25 | |
| 85:03-06 | |
| 102:10-103:01 | |

**PLAINTIFF'S PAGE/LINE DESIGNATIONS OF JOHN WADSWORTH'S DEPOSITION**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 7:09-8:08 | |
| 10:04-07 | |
| 11:19-22 | |
| 16:17-17:20 | |
| 17:24-18:06 | |
| 18:12-15 | |
| 20:22-21:05 | |
| 22:14-23:01 | |
| 25:05-10 | |
| 25:13-29:01 | |
| 29:07-30:18 | |
| 31:01-07 | |
| 31:16-32:01 | |
| 32:17-41:02 | |
| 42:02-09 | |
| 42:14-44:04 | |
| 45:17-52:04 | |
| 52:17-53:02 | |
| 53:06-59:21 | |
| 60:01-03 | |
| 60:16-18 | |
| 60:23-61:07 | |
| 61:16-63:09 | |
| 64:06-64:22 | |
| 65:15-66:03 | |
| 66:06-73:10 | |
| 73:20-80:25 | |
| 82:02-85:04 | |
| 86:03-22 | |
| 87:21-88:05 | |
| 88:10-89:24 | |
| 91:23-96:15 | |
| 98:21-105:14 | |
| 106:1-108:06 | |
| 108:10-112:01 | |
| 112:04-114:25 | |
| 115:09-115:22 | |
| 115:24-117:01 | |
| 121:12-124:01 | |
| 124:05-124:18 | |
| 128:12-18 | |
| 129:19-22 | |

| | |
|---|---|
| 130:09-19 | |
| 130:21-137:03 | |
| 147:21-156:05 | |
| 156:18-157:02 | |
| 157:19-23 | |
| 158:04-10 | |
| 162:13-168:07 | |
| 170:07-177:02 | |
| 186:03-187:01 | |

**PLAINTIFFS' PAGE/LINE DESIGNATIONS OF KAREN WHITE'S DEPOSITION**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 14:05-08 | |
| 14:13-15 | |
| 14:20-15:04 | |
| 16:01-13 | |
| 17:13-21 | |
| 20:17-21 | |
| 20:25-21:02 | |
| 23:23-24:19 | |
| 25:07-28:04 | |
| 28:08-19 | |
| 29:01-03 | |
| 29:07-17 | |
| 32:09-21 | |
| 33:09-34:17 | |
| 35:02-23 | |
| 36:03-07 | |
| 36:12-37-05 | |
| 38:06-39:16 | |
| 41:23-43:19 | |
| 43:24-46:03 | |
| 46:08-47:02 | |
| 54:15-23 | |
| 55:11-21 | |
| 56:01-18 | |
| 57:13-16 | |
| 58:09-13 | |
| 59:23-60:18 | |
| 61:15-62:06 | |
| 63:11-64:05 | |
| 64:19-65:02 | |
| 67:05-13 | |
| 68:06-69:14 | |
| 70:13-21 | |
| 71:15-72:16 | |
| 73:25-74:05 | |

**PLAINTIFFS' PAGE/LINE DESIGNATIONS OF MICHAEL SCOTT'S DEPOSITION**
**(May 24, 2021)**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 04:03-05:01 | |
| 06:10-07:16 | |
| 08:23-10:14 | |
| 10:25-11:15 | |
| 16:25-17:22 | |
| 18:01-09 | |
| 20:17-21:12 | |
| 25:23-27:18 | |
| 30:04-31:20 | |
| 34:06-36:16 | |
| 38:02-40:11 | |
| 41:25-42:04 | |
| 42:07-10 | |
| 45:08-49:15 | |
| 50:07-51:06 | |
| 54:14-56:06 | |
| 56:18-69:18 | |
| 72:25-75:01 | |

**PLAINTIFFS' PAGE/LINE DESIGNATIONS OF MICHAEL SCOTT'S DEPOSITION**
**(May 7, 2022)**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 05:10-09:08 | |
| 09:18-23 | |
| 10:05-07 | |
| 10:22-12:01 | |
| 12:18-16:06 | |
| 20:01-06 | |
| 21:14-19 | |
| 22:02-23:21 | |
| 24:08-10 | |
| 24:16-25:10 | |
| 26:25-28:20 | |
| 29:11-30:23 | |
| 32:09-14 | |
| 34:18-21 | |
| 37:25-38:03 | |
| 38:17-40:03 | |
| 46:02-49:14 | |
| 51:15-18 | |
| 55:11-25 | |
| 56:04-57:23 | |
| 58:01-61:05 | |
| 61:15-62:10 | |
| 68:09-70:14 | |
| 73:07-16 | |
| 87:08-23 | |
| 88:22-89:02 | |
| 93:15-24 | |
| 95:16-25 | |
| 99:18-101:20 | |
| 106:20-25 | |
| 110:18-23 | |
| 111:02-15 | |
| 128:24-129:11 | |

**PLAINTIFFS' PAGE/LINE DESIGNATIONS OF RANDELL BAILEY DEPOSITION**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 4:2-8:3 | |
| 11:1-9 | |
| 11:10-13:9 | |
| 15:20-16:1 | |
| 16:9-13 | |
| 17:11-23 | |
| 23:3-18 | |
| 24:5-26:18 | |
| 27:5-29:10 | |
| 34:1-12 | |
| 38:6-39:10 | |
| 40:7-41:3 | |
| 41:11-47:14 | |
| 48:19-24 | |
| 49:25-50:3 | |
| 50:14-51:23 | |
| 52:7-25 | |
| 53:13-16 | |
| 56:5-12 | |
| 65:2-16 | |

## PLAINTIFFS' PAGE/LINE DESIGNATIONS OF RODNEY PEEPLES' DEPOSITION

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 5:2-6:1 | |
| 6:9-25 | |
| 7:7-14 | |
| 12:10-13:12 | |
| 16:9-16 | |
| 16:23-17:12 | |
| 17:24-18:4 | |
| 25:13-26:1 | |
| 29:7-19 | |
| 30:1-11 | |
| 30:17-25 | |
| 31:1-7 | |
| 45:19-47:17 | |
| 48:23-50:11 | |
| 57:19-59:12 | |
| 60:4-16 | |
| 61:22-62:13 | |
| 65:7-8 | |
| 66:10-67:2 | |
| 79:19-80:16 | |
| 81:20-25 | |
| 83:22-84:1 | |
| 92:11-22 | |
| 104:19-105:12 | |
| 120:18-122:4 | |

**PLAINTIFF'S PAGE/LINE DESIGNATIONS OF VANESSA JOHNSON'S DEPOSITION**

| Plaintiffs' Page/Line Designations | Defendants' Objections |
|---|---|
| 5:24-8:14 | |
| 10:16-24 | |
| 11:5-7 | |
| 11:13-16 | |
| 13:10-15:11 | |
| 15:17-17:17 | |
| 17:20-19:08 | |
| 20:03-20:19 | |
| 21:14-20 | |
| 22:05-22 | |
| 23:09-15 | |
| 24:12-23 | |
| 26:05-26:24 | |
| 27:02-28:02 | |
| 28:06-28:19 | |
| 28:22-30:06 | |
| 30:18-22 | |
| 30:24-33:05 | |
| 33:15-36:20 | |
| 37:18-38:09 | |
| 39:09-40:16 | |
| 41:20-46:21 | |
| 47:21-49:10 | |
| 50:16-50:25 | |
| 51:07-51:15 | |
| 52:03-54:21 | |
| 56:10-57:04 | |
| 57:09-57:20 | |
| 63:21-64:19 | |
| 64:21-67:08 | |
| 67:09-69:09 | |
| 69:16-70:02 | |
| 70:16-70:19 | |

Plaintiffs reserve the right to use any deposition testimony designated by Defendants.

Respectfully Submitted,


By: */s/ Andrew W. Dunlap*

    **Michael A. Josephson**
    State Bar No. 24014780
    **Andrew W. Dunlap**
    State Bar No. 24078444
    **Richard M. Schreiber**
    State Bar No. 24056278
    JOSEPHSON DUNLAP LLP
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    and

    **Richard J. (Rex) Burch**
    State Bar No. 24001807
    BRUCKNER BURCH PLLC
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    710-877-8065 – Facsimile
    rburch@brucknerburch.com

    and

    **Channy F. Wood**
    State Bar No. 00791954
    WOOD LAW FIRM, LLP
    610 SW 11th Avenue
    Amarillo, TX 79105
    (806) 372-9663 Telephone
    (806) 372-9664 Facsimile
    cwood@woodlawfirm-tx.com

    **Attorneys for Plaintiffs**

13

## <u>CERTIFICATE OF SERVICE</u>

I served a copy of this document on all counsel of record via ECF on May 11, 2023.

*/s/ Andrew W. Dunlap*
**Andrew W. Dunlap**