# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| HERMAN GREINSTEIN, Individually and For Others Similarly Situated,<br><br>v.<br><br>GRANITE SERVICES INTERNATIONAL, INC. and FIELDCORE SERVICES SOLUTIONS, LLC | Case No. 2:18-cv-00208-Z-BR<br><br>**Jury Trial Demanded**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## PLAINTIFFS' EXHIBIT LIST

| | PLAINTIFFS' ATTORNEY:<br>Andrew W. Dunlap<br>Richard Schreiber<br>Richard "Rex" Burch<br>Channy F. Wood | DEFENDANTS' ATTORNEY:<br>Brett Bartlet<br>Kevin Young<br>Kelly Utsinger |
|---|---|---|
| Judge Matthew J. Kacsmaryk | | |
| TRIAL DATE(S): | COURT REPORTER: | COURTROOM DEPUTY: |

| EXHIBIT NUMBER | DATE OFFERED | ADMITTED | DESCRIPTION (INCLUDING BATES NUMBER IF APPLICABLE) | |
|---|---|---|---|---|
| 1. | | | Declaration of Bella Abel (Aug. 11, 2021) | |
| 2. | | | Declaration of Vanessa Johnson (Dec. 2, 2022) | |
| 3. | | | Defendant FieldCore Services Solutions, LLC's Objections and Responses to Plaintiff's First Request for Production (May 31, 2019) | |
| 4. | | | Defendant FieldCore Services Solutions, LLC's Objections and Responses to Plaintiff's First Interrogatories (May 31, 2019) | |
| 5. | | | Defendant FieldCore Services Solutions, LLC's Objections and Responses to Plaintiff's First Request for Production (May 31, 2019) | |
| 6. | | | Defendant FieldCore Services Solutions, LLC's Objections and Responses to Plaintiff's First Request for Production (June 17, 2019) | |
| 7. | | | Defendant FieldCore Services Solutions, LLC's Supplemental Objections and Responses to Plaintiff's First Interrogatories (June 17, 2019) | |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 8. | | | Defendant FieldCore Services Solutions, LLC's Fourth Supplemental Objections and Responses to Plaintiff's Interrogatories (Jan. 18, 2021) | |
| 9. | | | Defendant FieldCore Services Solutions, LLC's Third Supplemental Objections and Responses to Plaintiff's Interrogatories (Aug. 31, 2021) | |
| 10. | | | Defendant FieldCore Services Solutions, LLC's Third Supplemental Objections and Responses to Plaintiff's Interrogatories (Aug. 31, 2021) | |
| 11. | | | Defendant FieldCore's Second Supplemental Responses to Plaintiff's First Request for Production (Aug. 31, 2021) | |
| 12. | | | Defendant FieldCore Second Supplemental Responses to Plaintiff's First Request for Production (Aug. 31, 2021) | |
| 13. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Interrogatories (May 31, 2019) | |
| 14. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Interrogatories (May 31, 2019) | |
| 15. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Request for Production (May 31, 2019) | |
| 16. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Request for Production (May 31, 2019) | |
| 17. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Interrogatories (June 17, 2019) | |
| 18. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Interrogatories (June 17, 2019) | |
| 19. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Request for Production (June 17, 2019) | |
| 20. | | | Defendant Granite Services International Inc's Objections and Responses to Plaintiff's First Request for Production (June 17, 2019) | |
| 21. | | | Defendant's Supplemental Responses to Plaintiff's Second Set of Interrogatories and Second Requests for Production (Jan. 18, 2022) | |
| 22. | | | Offer Letter of Byron White (Jan. 25, 2019) | FC_GREINSTEIN _000760 - 761 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 23. | | | Offer Letter of Adilson Quintela (Sept. 30, 2015) | FC_GREINSTEIN_001841 |
| 24. | | | Offer Letter of Altonia Williams (June 6, 2018) | FC_GREINSTEIN_000834 - 835 |
| 25. | | | Offer Letter of Antonio Flores (Aug. 2, 2018) | FC_GREINSTEIN_000829 - 830 |
| 26. | | | Offer Letter of Calvin Oberndorfer (June 24, 2016) | FC_GREINSTEIN_001840 |
| 27. | | | Offer Letter of Edward Geers (Jan. 22, 2018) | FC_GREINSTEIN_001108 |
| 28. | | | Offer Letter of Edwin Collazo (July 6, 2018) | FC_GREINSTEIN_000925 - 926 |
| 29. | | | Offer Letter of Eric Farmer (July 15, 2019) | FC_GREINSTEIN_000967 - 968 |
| 30. | | | Offer Letter of Herman Greinstein (Aug. 19, 2016) | FC_GREINSTEIN_000001 |
| 31. | | | Offer Letter of Jesse Jackson (Aug. 11, 2016) | FC_GREINSTEIN_000833 |
| 32. | | | Offer Letter of Kathleen Cancienne (Feb. 13, 2019) | FC_GREINSTEIN_000913 - 914 |
| 33. | | | Offer Letter of Matthew Starr (Feb. 13, 2019) | FC_GREINSTEIN_001680 - 1681 |
| 34. | | | Offer Letter of Ray Hightower (Jan. 20, 2016) | FC_GREINSTEIN_000831 - 832 |
| 35. | | | Offer Letter of Stephen Jones (Feb. 5, 2019) | FC_GREINSTEIN_000584 - 585 |
| 36. | | | Offer Letter of Culton Speer (Sept. 19, 2018) | GREINSTEIN[Speer]000001 - 2 |
| 37. | | | Detail Payroll Register (2019) for Eric Farmer | FC_GREINSTEIN_000969 - 979 |
| 38. | | | Detail Payroll Registry for Herman Greinstein | FC_GREINSTEIN_000002 - 44 |
| 39. | | | Employee Detail with Timesheet for Herman Greinstein | FC_GREINSTEIN_000839 |
| 40. | | | Pay Statement for Adilson Quintela | FC_GREINSTEIN_001538 - 1600 |
| 41. | | | Pay Statement for Altonia Williams | FC_GREINSTEIN_001764 - 1809 |
| 42. | | | Pay Statement for Antonio Flores | FC_GREINSTEIN_005934 – 5953; FC_GREINSTEIN_005887 - 5933 |
| 43. | | | Pay Statement for Byron White | FC_GREINSTEIN_000762 - 803 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 44. | | | Pay Statement for Calvin Oberndofer | FC_GREINSTEIN_434068 - 434103 |
| 45. | | | Pay Statement for Eric Farmer | FC_GREINSTEIN_002006 - 2065 |
| 46. | | | Pay Statement for Herman Greinstein | FC_GREINSTEIN_000379 - 441 |
| 47. | | | Pay Statement for Jesse Jackson | FC_GREINSTEIN_001189 - 1353 |
| 48. | | | Pay Statement for Jose Rodriguez | RODRIGUEZ[Rodriguez,Jose,Jr]000104; RODRIGUEZ[Rodriguez,Jose,Jr]000107 – 111; RODRIGUEZ[Rodriguez,Jose,Jr]000113 |
| 49. | | | Pay Statement for Kathleen Cancienne | FC_GREINSTEIN_000841 - 904 |
| 50. | | | Pay Statement for Robert Mackenroth | TROTTIER[Mackenroth]000215 – 221; TROTTIER[Mackenroth]000223 – 236; TROTTIER[Mackenroth]000238 – 241; TROTTIER[Mackenroth]000244 - 248 |
| 51. | | | Pay Statement for Stephen Jones (Mar. 2019) | FC_GREINSTEIN_005954 - 5958 |
| 52. | | | Pay Statement for Stephen Jones (April 2019) | FC_GREINSTEIN_005954 – 5958 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 53. | | | Pay Statements for Matthew Starr | FC_GREINSTEIN _002267 – 2355; FC_GREINSTEIN _433965 - 434049 |
| 54. | | | Time Record for Herman Greinstein | FC_GREINSTEIN _000042 - 43 |
| 55. | | | Time Records for Byron White | FC_GREINSTEIN _000826 |
| 56. | | | Exemplar Paystubs Where Employee Received Less Than Full "Salary" | GREINSTEIN000010; FC_CAMPO0007371; FC_CAMPO0002651; FC_CAMPO0004588; FC_CAMPO0010074; FC_CAMPO0010102; FC_CAMPO0010118; FC_CAMPO0002827 |
| 57. | | | Exemplar Paystubs Where Employee Received Partial-Day Deductions | FC_CAMPO0010119; FC_CAMPO0010139; FC_CAMPO0010159 |
| 58. | | | Email String Regarding Calculation of Plaintiffs' Pay | FC_GREINSTEIN _429173 |
| 59. | | | Email String Regarding Calculation of Plaintiffs' Pay | FC_GREINSTEIN _423006 - 423007 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 60. | | | Email String Regarding Hourly Rate for All Hours Worked | FC_GREINSTEIN _415269 - 415270 |
| 61. | | | DOL, Defining and Delimiting the Exemptions for Executive, Administrative, Professional, Outside Sales and Computer Employees | |
| 62. | | | DOL Letter (Jul. 1996) | |
| 63. | | | FieldCore U.S. Wage Compliance (Aug. 15, 2019) | FC_GREINSTEIN _000594 - 597 |
| 64. | | | Declaration of Omid Afhami (Jan. 6, 2023) | |
| 65. | | | Reasonable Relationship Summary | |
| 66. | | | Plaintiffs' Damage Model | GREINSTEIN000061 |
| 67. | | | Nov. 3, 2022 Hearing Transcript | |
| 68. | | | Objection Letter to 30(b)(6) Deposition Notice | |
| 69. | | | Plaintiff's Amended Notice of Oral Deposition of Bella Abel and FieldCore and Granite Services Corporate Representative | |
| 70. | | | US Billable Hours Plan (BHP) – Eligible Hours Definitions | FC_TROTTIER_000026 – 27 |
| 71. | | | Detail Payroll Registry for Antonio Flores | FC_GREINSTEIN _001019 |
| 72. | | | Email Chain Re: US Wage Compliance (Aug. 19, 2019) | FC_GREINSTEIN _422952 |
| 73. | | | Email Chain Re: US Policies and Information Available on Sharepoint (Oct. 1, 2019) | FC_GREINSTEIN _008680 |
| 74. | | | Pay Statement of Rene Borrego | FC_CAMPO0002646 - 2650 |
| 75. | | | Pay Statement of Arturo Vela | FC_CAMP0007371 - 7374 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 76. | | | Pay Statement of Jose Rodriguez | FC_GREINSTEIN_000848; FC_GREINSTEIN_000850; FC_GREINSTEIN_000854 |
| 77. | | | FieldCore's The Spirit and The Letter | FC_TROTTIER_000001 - 25 |
| 78. | | | Granite Sick Time Policy | FC_TROTTIER_000028 - 30 |
| 79. | | | FieldCore's Holiday Policy | FC_TROTTIER_000031 - 33 |
| 80. | | | Offer Letter for Mark Majors | FC_TROTTIER_000797 |
| 81. | | | Offer Letter for Christopher White | FC_TROTTIER_001236- 1237 |
| 82. | | | Hourly Offer Letter (Dec. 18, 2015) | FC_TROTTIER_000796 |
| 83. | | | Email Re: Setting up Pay for Greinstein (Aug. 13, 2017) | FC_GREINSTEIN_000158 |
| 84. | | | Site EHS Specialist Job Description | FC_GREINSTEIN_000046 - 47 |
| 85. | | | Plaintiff's Notice of Oral Deposition of John Wadsworth and Fieldcore and Granite's Corporate Representative | |
| 86. | | | Email Chain Re: V1to RETB Robert Delatte (May. 19, 2020) | FC_GREINSTEIN_423006 - 423007 |
| 87. | | | Email Chain Re: Contract (Apr. 27, 2020) | FC_GREINSTEIN_429173 |
| 88. | | | Email. Chain Re: Hightower Ray 2113066 NAM Merit Compensation Statement 2019 (Sep. 5, 2019) | FC_GREINSTEIN_415269 - 415270 |
| 89. | | | Email chain Re: Payroll Questions (Oct. 20, 2020) | FC_GREINSTEIN_272982 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 90. | | | Agreement & Employee Types (US) | FC_GREINSTEIN _423003 - 423005 |
| 91. | | | Granite Service Pay Practice | FC_GREINSTEIN _422912 |
| 92. | | | Salary Band in Relation to a Retainer and Ret B Level | FC_GREINSTEIN _422922 |
| 93. | | | Email Chain Re: Site EHS Specialist (Apr. 17, 2019) | FC_GREINSTEIN _422963 - 422964 |
| 94. | | | Site EHS Specialist I Job Description | FC_GREINSTEIN _422965 - 422966 |
| 95. | | | Email Chain Re SSP Hours – RET to RETB Comparison (Mar. 9, 2020) | FC_GREINSTEIN _422918 - 422921 |
| 96. | | | Opinion Letter Fair Labor Standards Act (FLSA) (Nov. 8, 2018) | |
| 97. | | | Plaintiff's Notice of Oral Deposition of Vanessa Johnson and FieldCore and Granite's Corporate Representative | |
| 98. | | | Pay Statement of Bradley Holman (June 5, 2020) | FC_CAMPO0004732 |
| 99. | | | Earning Statement for Zane Smith (Nov. 27, 2020) | FC_CAMPO0001491 |
| 100. | | | Pay Statement of Donald Hatcher (April 12, 2019) | FC_CAMPO0000841 |
| 101. | | | Detail Payroll Register for Joseph Butcher (June 1, 2018) | FC_CAMPO0000276 |
| 102. | | | Detail Payroll Register Joshua Bouher (Aug. 10, 2018) | FC_CAMPO0000040 |
| 103. | | | Email Chain Re: SSP Active Headcount Report Pay 2 (May 11, 2020) | FC_GREINSTEIN _422913 – 422914 |
| 104. | | | Email Chain Re: Money Missing (Oct. 23, 2017) | FC_GREINSTEIN _035814 - 35815 |
| 105. | | | FielCore Projects and Services EHS Plan | FC_GREINSTEIN _005010 - 5110 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 106. | | | Offer Letter(s) - STOT | FC_GREINSTEIN _000570 - 699 |
| 107. | | | Email Chain Re: NAM Projects EHS Postings | FC_GREINSTEIN _042218 - 4219 |
| 108. | | | List of EHS Employees | FC_GREINSTEIN _000598 |
| 109. | | | Declaration of James "Rod" Peeples (Aug. 14, 2020) | |
| 110. | | | Declaration of Michael Scott (June 3, 2019) | |
| 111. | | | Plaintiff's Notice of Oral Deposition of Michael Scott and FieldCore and Granite's Corporate Representative | |
| 112. | | | Email Chain Re: Refocus on Safety (Oct. 18, 2017) | FC_GREINSTEIN _035481 |
| 113. | | | Tool Box Talks: A Year's Worth of Weekly Safety Meeting Subjects | FC_GREINSTEIN _172802 - 172823 |
| 114. | | | Mobilization Checklist | FC_GREINSTEIN _422118 |
| 115. | | | Lead Roles and Responsibilities | FC_GREINSTEIN _076024 - 76026 |
| 116. | | | GE Project SSP Guide | FC_GREINSTEIN _430421 |
| 117. | | | FieldCore Site Safety Professional North America Site Guidelines & Expectations | FC_GREINSTEIN _002487 - 2493 |
| 118. | | | OneEHS Projects and Services Plan | FC_GREINSTEIN _407258 - 371 |
| 119. | | | Email Chain Re: First Aid/CPR and AED Certification Survey | FC_GREINSTEIN _007110 |
| 120. | | | Safety Observation Process Guidelines | FC_GREINSTEIN _403322 - 403328 |
| 121. | | | Email Chain Re: MEC Repowering – Incident Report Expectations (Dec. 27, 2018) | FC_GREINSTEIN _021456 - 21458 |

| Exhibit Number | Date Offered | Admitted | Description (including Bates number if applicable) | |
|---|---|---|---|---|
| 122. | | | Email Chain Re: Safety Professional Expectations 2018 VO4 (Oct. 26, 2018) | FC_GREINSTEIN _027982 |
| 123. | | | Onshore Wind – North America Projects EHS – Event Management Program -Training (Nov. 10, 2021) | FC_GREINSTEIN _023443 - 23477 |
| 124. | | | OneEHS Projects and Service Plan – Incident Report (Dec. 7, 2020) | FC_GREINSTEIN _174483 - 174484 |
| 125. | | | Email Chain Re: Suspect C19 Case Exelon Wolf Hollow II (May 20, 2021) | FC_GREINSTEIN _201082 |
| 126. | | | Email Chain Re Blattner Safety Incident (Nov. 5, 2018) | FC_GREINSTEIN _066809 - 066810 |
| 127. | | | Email Chain Re: Tools & Equipment Safety Concern Report Logged for PS (Mar. 26, 2019) | FC_GREINSTEIN _370019 - 370021 |
| 128. | | | Email Chain Re: Sidewinders Incident Report | FC_GREINSTEIN _153160 – 153187 |
| 129. | | | EHS Specialist Job Description | FC_GREINSTEIN _000592 - 593 |
| 130. | | | Spreadsheet of Jobs and Pay | FC_GREINSTEIN _422898 |

Plaintiffs' reserve the right to use any Exhibits designated by Defendants to be used in their case in chief.

By: */s/ Andrew W. Dunlap*
    **Michael A. Josephson**
    State Bar No. 24014780
    **Andrew W. Dunlap**
    State Bar No. 24078444
    **Richard M. Schreiber**
    State Bar No. 24056278
    JOSEPHSON DUNLAP LLP
    11 Greenway Plaza, Suite 3050
    Houston, Texas 77046
    713-352-1100 – Telephone
    713-352-3300 – Facsimile
    mjosephson@mybackwages.com
    adunlap@mybackwages.com
    rschreiber@mybackwages.com

    and

    **Richard J. (Rex) Burch**
    State Bar No. 24001807
    BRUCKNER BURCH PLLC
    11 Greenway Plaza, Suite 3025
    Houston, Texas 77046
    713-877-8788 – Telephone
    710-877-8065 – Facsimile
    rburch@brucknerburch.com

    and

    **Channy F. Wood**
    State Bar No. 00791954
    WOOD LAW FIRM, LLP
    610 SW 11th Avenue
    Amarillo, TX 79105
    (806) 372-9663 Telephone
    (806) 372-9664 Facsimile
    cwood@woodlawfirm-tx.com

    **Attorneys for Plaintiffs**

## **CERTIFICATE OF SERVICE**

I served a copy of this document on all counsel of record via ECF on May 11, 2023.

>    */s/ Andrew W. Dunlap*
>    **Andrew W. Dunlap**