# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 13, 2024
Lyle W. Cayce
Clerk

No. 23-10781

---

Herman Greinstein; Kathleen Cancienne; Edwin Collazo; Eric Farmer; Antonio Flores; Ray Hightower; Jesse Jackson, Sr.; Stephen Jones; Calvin Oberndorfer; Adilson Quintela; Culton Speer; Matthew Starr; Byron White; Altonia Williams,

*Plaintiffs—Appellees,*

versus

Granite Services International, Incorporated; Fieldcore Services Solutions, L.L.C.,

*Defendants—Appellants.*

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 2:18-CV-208

---

Before Dennis, Willett, and Duncan, *Circuit Judges.*

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the

Certified as a true copy and issued
as the mandate on Sep 04, 2024

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellees pay to Appellants the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.