IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| HERMAN GREINSTEIN, Individually and for Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GRANITE SERVICES INTERNATIONAL, INC., *et al.*, <br><br> Defendants. | 2:18-CV-208-Z-BR |

**ORDER**

Before the Court is the parties' Joint Status Report, filed October 17, 2025. ECF No. 290. In their Report, the parties note that they "have reached a settlement to resolve this case, together with other related cases pending in other jurisdictions." *Id.* at 1. However, due to "the complexities involved with coordinating a resolution across multiple cases and jurisdictions," the parties request "additional time to finalize settlement documents." *Id.* Accordingly, they "submit this case may be administratively closed with leave to reopen within 60 days if the settlement cannot be completed." *Id.* at 2.

The Court therefore **DIRECTS** the Clerk of the Court to administratively close this case while the parties work to resolve this case, with leave to reopen the case if the parties have not reached a final settlement within sixty days. The Court also **DIRECTS** the Clerk to term the motions that remain pending, with leave for the parties to re-urge those motions. *See* ECF Nos. 278, 281. The parties are further **ORDERED** to file a status update as soon as their settlement is finalized or, if they do not promptly finalize their settlement, to file a status update **no later than sixty days** from the date of this Order.

**SO ORDERED.**

October 23, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE